Commonwealth ex rel. Latrone, Appellant, *v.* Aytch.

Argued June 14, 1973. *Burton A. Rose,* with him *A. Charles Peruto,* for appellants; *Martin H. Belsky,* Assistant District Attorney, with him *Peter Smith* and *Martin H. Belsky,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

OPINION PER CURIAM: Order affirmed on the opinion of PALMER, P. J., specially presiding in the court below.